IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H. S. I. B., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LELAND DUDEK, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 24-2415 |

**ORDER**

**AND NOW**, this 31st day of March 2025, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall evaluate the evidence comprehensively and explain it properly, including the evidence leading to Plaintiff's incarceration and her prior mental status examinations. She shall provide an adequate explanation of her determination regarding whether Plaintiff's impairment(s) meet or functionally equal the Listings at § 112.04 and § 112.08.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge